UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RAMIRO CHIMBO LEON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.: 3:25-cv-03708-CAB-DDL<br><br>**ORDER REQUIRING A BOND HEARING**<br><br>[Doc. No. 1] |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Henry Ramiro Chimbo Leon. [Doc. No. 1 ("Petition").] Petitioner argues that he should be classified as detained pursuant to 8 U.S.C. § 1226(a), which would entitle him to an individualized bond hearing before an immigration judge, rather than 8 U.S.C. § 1225(b), which does not. [*Id.* at 7–9.]

On December 26, 2025, Respondents filed a response stating:

Respondent acknowledges that Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgment as to the Bond Eligible Class. *Bautista*, [Doc.] No. 94 [2025 WL 3678485 (C.D. Cal. Dec. 18, 2025)]. Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

1

1  [Doc. No. 3 at 2.]  Respondents request fourteen days to provide the bond hearing. [*Id.*]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 12, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 14, 2026**.  Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED**.

Dated:  December 29, 2025

Hon. Cathy Ann Bencivengo
United States District Judge