UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HENRY RAMIRO CHIMBO LEON,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:25-cv-03708-CAB-DDL

**ORDER DISMISSING CASE**

[Doc. No. 1]

Petitioner Henry Ramiro Chimbo Leon filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, this Court ordered a bond hearing under § 1226(a) and its associated regulations. [Doc. No. 4.] Petitioner subsequently received a bond hearing on December 31, 2025. [Doc. No. 5.]

///

///

///

///

///

///

1

Petitioner has received the relief his Petition requested and so the Court **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  January 29, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-03708-CAB-DDL